The issue of costs was dealt with in the Full Commission Opinion and Award filed on 8 September 1995 which assessed costs to the defendants; therefore, plaintiff's motion with respect to costs is a moot issue. Further, it is not necessary to address plaintiff's motion for interest to be paid from the date of the initial hearing in that payment of interest is mandatory under the provisions of N.C. Gen. Stat. § 97-86.2.
Therefore, the sole remaining issue is attorney's fees. With respect to this issue, in the discretion of the Commission and considering defendant's good faith appeal, plaintiff's motion for attorney's fees pursuant to N.C. Gen. Stat. § 97-88 is hereby, and the same shall be, Denied.
 S/ ________________________ DIANNE C. SELLERS COMMISSIONER
CONCURRING:
S/ ________________________ THOMAS J. BOLCH COMMISSIONER
S/ ________________________ LAURA K. MAVRETIC COMMISSIONER